SCHIFFRIN BARROWAY
 TOPAZ & KESSLER, LLP
Alan R. Plutzik, of Counsel (Bar No. 077785)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Phone: (925) 945-0770
Fax: (925) 945-8792

     -and-

Lee D. Rudy
Michael J. Hynes
Tara P. Kao
280 King of Prussia Road
Radnor, PA 19087
Phone: (610) 667-7706
Fax: (610) 667-7056

*Attorneys for Plaintiffs Trudy Murray*
*and Gerald E. Redwing*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUDY MURRAY, on behalf of EMBARCADERO TECHNOLOGIES, INC. <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN R. WONG, TIMOTHY C.K. CHOU, GARY E. HAROIAN, ROBERT LAMVIK, FRANK M. POLESTRA, MICHAEL J. ROBERTS, RAJ P. SABHLOK, WALTER F. SCOTT, III, SAMUEL T. SPADAFORA, and DENNIS J. WONG, <br><br> Defendants, <br><br> and <br><br> EMBARCADERO TECHNOLOGIES, INC. <br><br> Nominal Defendant. | Case No. 4:07-cv-00872-SBA <br><br> **STIPULATION AND ORDER GRANTING RELIEF FROM AUTOMATIC REFERRAL TO ASSIGNMENT TO ADR MULTI-OPTION PROGRAM** |

1

_____

2  GERALD E. REDWING, on behalf of          )      Case No. 3:07-cv-01401-SBA
   EMBARCADERO TECHNOLOGIES, INC.           )

3                                           )
              Plaintiff,                    )

4                                           )
         v.                                 )

5                                           )
   STEPHEN R. WONG, TIMOTHY C.K. CHOU,      )

6  GARY E. HAROIAN, ROBERT LAMVIK,          )
   FRANK M. POLESTRA, MICHAEL J.            )

7  ROBERTS, RAJ P. SABHLOK, WALTER F.       )
   SCOTT, III, SAMUEL T. SPADAFORA,         )

8  and DENNIS J. WONG                       )

9                                           )
              Defendants,                   )

10                                          )
         and                                )

11                                          )
   EMBARCADERO TECHNOLOGIES, INC.           )

12                                          )
              Nominal Defendant.            )

13 _____)

14

15         WHEREAS, this shareholder derivative action was commenced on February 9, 2007;

16         WHEREAS, on February 9, 2007, Court issued an Order Setting Initial Case Management

17 Conference and ADR Deadlines, and assigned this matter to the ADR Multi-Option Program;

18         WHEREAS, counsel for all of the parties have conferred and agree that this shareholder

19 derivative action is not appropriate for the ADR Multi-Option Program, and that a request to the

20 Court for relief pursuant to ADR L.R. 3-3(c) is appropriate;

21         Accordingly, pursuant to ADR L.R. 3-3(c), the parties to this action hereby stipulate, by

22 and through their counsel of record and subject to the approval of the Court, that this action should

23 be removed from the ADR Multi-Option Program without prejudice to participate in the program

24 at a later time.

25

26

27

28

1    DATED: May 4, 2007                    Respectfully submitted,

2                                          SCHIFFRIN BARROWAY TOPAZ &
                                           KESSLER, LLP
3

4                                          _____/s/   Alan R. Plutzik_____

5                                          Alan R. Plutzik, Of Counsel (Bar No. 077785)
                                           L. Timothy Fisher, Of Counsel (Bar No. 191626)
6                                          2125 Oak Grove Road, Suite 120
                                           Walnut Creek, CA 94598
7                                          Telephone: (925) 945-0770
                                           Facsimile:  (925) 945-8792
8

9                                                   -and-

10                                         Lee D. Rudy
                                           Michael J. Hynes
11                                         Tara P. Kao
                                           280 King of Prussia Road
12                                         Radnor, PA 19087
                                           Telephone: (610) 667-7706
13                                         Facsimile: (610) 667-7056

14                                         *Counsel for Plaintiffs*

15

16                                         HELLER EHRMANN LLP

17                                         _____/s/  Sara B. Brody_____

18                                         Sara B. Brody (Bar No. 130222)
                                           333 Bush Street
19                                         San Francisco, CA 94104
                                           Telephone: (415) 772-6000
20                                         Facsimile: (415) 772-6268

21                                                   -and-

22                                         Lori Lynn Phillips (*pro hace vice*)
                                           701 Fifth Avenue, Suite 6100
23                                         Seattle, WA 98104
                                           Telephone: (206) 389-6075
24                                         Facsimile: (206) 515-8914

25                                         *Attorneys for Nominal Defendant Embarcadero*
                                           *Technologies, Inc.*
26

27

28

1

2

LATHAM & WATKINS LLP

3

4        _____/s/  Ethan Joseph Brown_____
Ethan Joseph Brown
633 W. 5th Street #4000

5        Los Angeles, CA 90071
Telephone: (213) 891-8192

6        Facsimile: (213) 891-8763

7        *Attorneys for Individual Defendant Stephen R. Wong*

8

9        HOWREY LLP

10

11        _____/s/  Leigh Aimee Kirmsse_____
Leigh Aimee Kirmsse

12        David A. Makman
525 Market Street

13        Suite 3600
San Francisco, CA 94105

14        Telephone: (415) 848-4993
Facsimile: (415) 848-4999

15

16                      -and-

17        Yuri Mikulka
2020 Main Street, Suite 100

18        Irvine, CA 92614
Telephone: (949) 721-6900

19        Facsimile: (949) 721-6910

20        *Attorneys for Individual Defendant Raj P. Sabhlok*

21

22        REED SMITH LLP

23

24        _____/s/  Kenneth J. Philpot_____
Kenneth J. Philpot

25        Two Embarcadero Center, 20th Floor
San Francisco, CA 94111

26        Telephone: (415) 659-5904
Facsimile: (415) 391-8269

27

28        *Attorneys for Individual Defendant Dennis J. Wong*

1

2                                    *        *        *

3                  **Attestation Pursuant To General Order 45**

4         I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained

5  from the other signatories.  I declare under penalty of perjury under the laws of the United States

6  that the foregoing is true and correct.  Executed this 4th day of May, 2007 at Walnut Creek,

7  California.

8

9                                    _____/s/  Alan R. Plutzik_____

10                                   Alan R. Plutzik

11

12                                   *        *        *

13                                 **ORDER**

14        Pursuant to the parties' stipulation and pursuant to ADR L.R. 3-3(c), it is HEREBY

15  ORDERED that this matter is removed from the ADR Multi-Option Program.

16

17  DATED: _5/9/07                   _____

18                                   DISTRICT JUDGE SAUNDRA B. ARMSTRONG

19

20

21

22

23

24

25

26

27

28